E-Filed: 9/29/2008

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| TROY ANTHONY RIGGS, | ) | No. CV 08-387-GHK (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES YATES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED:    9/28/08

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE